```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA      )
                              )    Criminal No. 06-346
        v.                    )
                              )
ANTHONY WINSLOW,              )
                              )
            Defendant.        )
```

## ORDER

Upon the unopposed motion of the government to continue the status hearing in this matter and to exclude the period from December 19, 2006, to January 16, 2007, inclusive, in computing the time within which the trial must commence in the instant case, under the Speedy Trial Act of 1974, as amended (STA), the Court hereby

ORDERS that the status hearing scheduled for December 19, 2006, is continued to January 16, 2007, at 2:45 p.m.

The Court also finds that the ends of justice are best served, and outweigh the best interests of the public and the defendant in a speedy trial, in excluding from December 19, 2006, to January 16, 2007, the time in which a trial must commence, because such exclusion will facilitate negotiations for resolving the case without a trial.

Accordingly, it is hereby further ORDERED that pursuant to the Speedy Trial Act, the time period from December 13, 2006, to January 16, 2007, inclusive, is excluded in computing the time within which the trial in this case must commence.

SO ORDERED.

```
                                    _____
                                    Emmet G. Sullivan
                                    United States District Judge
                                    District of Columbia
```

_____
date