**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No. 06-346** |
| **v.** ) | |
| ) | |
| **ANTHONY WINSLOW,** ) | |
| ) | |
| **Defendant.** ) | |

NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the attached Order be made part of the record in this case.

                                               Respectfully submitted,
                                               JEFFREY A. TAYLOR
                                               UNITED STATES ATTORNEY

                                             _____
                                             ANGELA HART-EDWARDS
                                             Assistant United States Attorney
                                             Bar No. 61468
                                             Federal Major Crimes Section
                                             555 4th Street, N.W. (Room 4241)
                                             Washington, D.C. 20530
                                             (202) 307-0031

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I will cause a copy of the foregoing to be served by electronic filing upon the attorney for the defendant, Tony Miles, Esquire this 13th day of February, 2007.

                                             _____
                                             Angela Hart-Edwards
                                             Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No. 06-346** |
| **v.** ) | |
| ) | |
| **ANTHONY WINSLOW,** ) | |
| ) | |
| **Defendant.** ) | |

<u>**ORDER**</u>

Upon the unopposed motion of the government to continue the status hearing in this matter and to exclude the period from December 19, 2006, to February 27, 2007, inclusive, in computing the time within which the trial must commence in the instant case, under the Speedy Trial Act of 1974, as amended (STA), the Court hereby

ORDERS the parties to attend a status hearing on February 27, 2007 to advise the court of the status of discussions concerning possible disposition of the case;

The Court also finds that the ends of justice are best served, and outweigh the best interests of the public and the defendant in a speedy trial, in excluding from December 19, 2006, to February 9, 2007, the time in which a trial must commence, because such exclusion will facilitate negotiations for resolving the case without a trial.

Accordingly, it is hereby further ORDERED that pursuant to the Speedy Trial Act, the time period from December 13, 2006, to February 27, 2007, inclusive, is excluded in computing the time within which the trial in this case must commence.

SO ORDERED.

_____
Emmet G. Sullivan
United States District Judge
District of Columbia

_____
date