UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 06-346 |
| v. | ) | |
| | ) | |
| ANTHONY WINSLOW, | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**
FEB 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

Upon the unopposed motion of the government to continue the status hearing in this matter and to exclude the period from December 19, 2006, to February 27, 2007, inclusive, in computing the time within which the trial must commence in the instant case, under the Speedy Trial Act of 1974, as amended (STA), the Court hereby

ORDERS the parties to attend a status hearing on February 27, 2007 to advise the court of the status of discussions concerning possible disposition of the case;

The Court also finds that the ends of justice are best served, and outweigh the best interests of the public and the defendant in a speedy trial, in excluding from December 19, 2006, to February 9, 2007, the time in which a trial must commence, because such exclusion will facilitate negotiations for resolving the case without a trial.

Accordingly, it is hereby further ORDERED that pursuant to the Speedy Trial Act, the time period from December 13, 2006, to February 27, 2007, inclusive, is excluded in computing the time within which the trial in this case must commence.

SO ORDERED.

                                                                       Emmet G. Sullivan
                                                                       United States District Judge
                                                                       District of Columbia

2/12/07
date