**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

  vs.                                  Criminal No. 06-346

ANTHONY D. WINSLOW
    Defendant.

**ORDER**

    The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **AUGUST 9, 2007**; defendant's memorandum lf law, if any shall be filed by no later than **AUGUST 16, 2007**; the Government's memorandum of law, if any shall be filed by no later than **AUGUST 23, 2007**, a reply, if any shall be filed by no later than **AUGUST 30, 2007**, ; and it is further

    ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **SEPTEMBER 6, 2007 AT 10:30 A.M.**

    IT IS SO ORDERED.

    DATE: May 3, 2007        EMMET G. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE