UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 06-346 |
| v. | ) | |
| | ) | |
| ANTHONY WINSLOW, | ) | VIOLATION |
| | ) | (18 U.S.C. 922(g)(1)) |
| Defendant. | ) | |

**FILED**
MAY 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF THE OFFENSE

The parties in this case, the United States of America and the defendant, Anthony Winslow, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that there exists probable cause that the defendant committed the offense to which he is pleading guilty.

On November 4, 2006, at about 2100 hours, members of the Metropolitan Police Department (MPD) were operating as Auto Theft Unit 4 and utilizing an unmarked Chevrolet Impala with audible sirens and lights. While monitoring the 6D radio zone, the officers heard a radio broadcast involving Prince George (PG) County police pursuing an SUV that had been allegedly involved in an armed carjacking. The MPD officers observed the MPD Falcon helicopter overhead and traveled towards the Falcon's spotlight where they observed an SUV under the spotlight come to a stop in the 4600 block of "A" Street, S.E.. It was later determined that the vehicle, although similar, was not the vehicle involved in the alleged carjacking.

Officers observed the defendant exit from the driver side and a female exit from the passenger side of the vehicle. Both individuals were observed while being chased running through a yard of row houses towards the 4600 block of A Street and into the rear of 4654 A

Street, S.E. Officers Katz and Mudd, entered 4654 A Street, SE and began a security sweep of the residence. As the officers walked toward the kitchen they observed a large marijuana plant on the kitchen table on the first floor of the residence. The officers went upstairs in the residence and found the defendant and the female passenger of the SUV in the rear lefthand bedroom of the residence. The defendant and the female were taken downstairs and placed under arrest.

MPD officers observed a loaded 9mm Ruger P95 handgun in plain view on the driver's seat of the SUV the defendant had been driving. After retrieving the firearm, officers determined that the serial number on the 9mm Ruger had been filed away. The defendant knew that the firearm and ammunition were in the vehicle and he had the requisite intent to possess the firearm and ammunition.

The defendant was previously convicted on March 18, 2002 and April 27, 2004, respectively, of crimes punishable by imprisonment for a term exceeding one year in the District of Columbia Superior Court in case numbers 01-1876 and 04-1056. Specifically, the defendant was convicted of possession with intent to distribute cocaine in both cases.

Considering that neither the firearm nor the ammunition were manufactured in the District of Columbia, both the firearm and ammunition had been transported in interstate commerce at the time of defendant's arrest on November 4, 2006.

This factual proffer is a summary of the defendant's actions, and is not intended to be a complete accounting of all facts and events related to that offense or other offenses. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support the defendant's guilty plea to the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in

violation of 18 U.S.C. § 922(g)(1).

_____
ANGELA HART-EDWARDS
Assistant U.S. Attorney

_____
TONY MILES, Esquire
Attorney for Defendant

_____
ANTHONY WINSLOW
Defendant

Date: 5/2/07

Date: May 2, 2007

3