UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>v. )<br> )<br>ANTHONY WINSLOW, )<br>          Defendant. )<br> ) | CR. No. 2006-346 (EGS/AK) |

REPORT AND RECOMMENDATION

This matter was referred to a United States Magistrate Judge by the Honorable Emmet G. Sullivan for the acceptance of a plea to Count One of an Indictment, alleging a violation of 18 U.S.C. §922(g)(1).

Hearing on Plea

The Defendant, Anthony Winslow, came before the Court on May 2, 2007, represented by counsel, Tony Miles, and advisory counsel, Howard Katzoff. The Government was represented by Assistant United States Attorney Angela Hart-Edwards. For the record, Defendant, Defendant's counsel and Government counsel consented to proceed before the undersigned United States Magistrate Judge, for the purpose of conducting the plea colloquy and accepting the plea. The Court placed Mr. Winslow under oath and ascertained that he was competent to enter a plea to Count One of the Indictment, and the Court then proceeded to explain the nature of the charge to which the plea was being offered.

The Court followed Rule 11 of the Federal Rules of Criminal Procedure, advising the Defendant of the maximum possible penalty provided by law and ascertaining his awareness of the Sentencing Guidelines and the fact that such Guidelines are no longer mandatory, but should

be considered by the sentencing court.  The Defendant acknowledged that he wished to waive his right to a jury trial before a United States District Court Judge and that by entering a conditional plea of guilty, which, if accepted by the District Court, would waive his right to appeal a judgment of guilt if any appeal of the trial court's ruling on Defendant's motion to suppress is overturned.  Defendant acknowledged that he was waiving his constitutional right not to incriminate himself.  The Defendant indicated that the terms and conditions contained in the plea agreement, which was filed and made part of the record in this case, accurately reflected the agreement between himself, his counsel, and the United States and that no other promises, other than what was contained in the plea agreement, had been made to him in order to secure his plea of guilty in this case.  Defendant acknowledged that he unlawfully possessed a handgun and ammunition.

The Court found, after advising the Defendant of his rights, Mr. Winslow's plea of guilty to Count One of the Indictment was voluntarily and knowingly made and that his admissions of guilt encompassed each of the elements of the offense charged in Count One of the Indictment.

<u>Recommendation</u>

The undersigned recommends that the trial court accept Mr. Winslow's plea of guilty based upon this Court's finding that the plea of guilty was knowingly and voluntarily made by Mr. Winslow, who was found to be competent and that he fully understood the nature and the consequences of entering such a plea.  Following the entry of the plea of guilty, the Court directed that the Defendant be continued held without bond and the case was referred for a Pre-Sentence Investigation. Defendant should appear for sentencing before the Honorable Emmet G.

Sullivan on September 6, 2007, at 10:30 a.m.

                                                            _____/s/_____
                                                            ALAN KAY
                                                            UNITED STATES MAGISTRATE JUDGE