UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>ANTHONY WINSLOW, )<br>)<br>Defendant. )<br>) | Criminal No. 06-346 (EGS)<br><br>**FILED**<br>MAY 2 5 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

<u>ORDER</u>

In a hearing before Magistrate Judge Alan Kay on May 2, 2007, defendant entered a plea of guilty.  On May 4, 2007, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea.  The Court has received no objection to the Report and Recommendation.  *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof.").  Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

SO ORDERED.

Signed:   Emmet G. Sullivan
          United States District Judge
          May 24, 2007

