UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-346 (EGS) |
| ) | |
| ANTHONY WINSLOW ) | |
| ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Anthony Winslow, through undersigned counsel, respectfully moves the court to continue his September 6, 2007 sentencing hearing. In support of this motion, Mr. Winslow, through counsel, states the following:

As of the time of the filing of this motion, counsel for Mr. Winslow has not yet received the final version of the Presentence Report (PSR) for this case. In order to prepare a meaningful sentencing memorandum on behalf of Mr. Winslow, counsel needs the final PSR and a reasonable amount of time to consider the final PSR. In order to afford Mr. Winslow's counsel ample time to consider the final PSR and any other materials which are relevant to Mr. Winslow's sentencing, Mr. Winslow is seeking a continuance of his sentencing hearing and an extension of time within which to file his sentencing memorandum. Angela Hart-Edwards, the Assistant United States Attorney handling Mr. Winslow's case, advised undersigned counsel that the government does not oppose this motion. Both counsel, along with advisory counsel Howard Katzoff, prefer that Mr. Winslow's sentencing be scheduled for October 19, 2007. Alternatively, all counsel are also available on October 5 or October 26.

With regard to the filing of sentencing memorandums, Mr. Winslow requests that this Court modify the filing schedule as follows: Defendant's sentencing memorandum, if any, is due by September 17, 2007; the government's sentencing memorandum, if any, is due by September

24, 2007; and any replies are due by October 1, 2007.

WHEREFORE, for the reasons stated above, Mr. Winslow, through counsel, requests that the court reschedule his sentencing hearing and extend the date within which sentencing memorandums must be filed in a manner in accordance with this motion.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | Criminal No. 06-346 (EGS) |
| ) | |
| ANTHONY WINSLOW_____ ) | |
| _____ ) | |

### ORDER

Upon consideration of defendant's Unopposed Motion to Continue Sentencing, it is this

_____ day of August 2007,

**ORDERED** that the September 6, 2007 Sentencing hearing shall be rescheduled to

October _____, 2007.  It is further

**ORDERED** that defendant's sentencing memorandum, if any, must be filed by

September 17, 2007; the government's sentencing memorandum, if any, must be filed by

September 24, 2007; and any replies must be filed by October 1, 2007.


_____
EMMET G. SULLIVAN
United States District Judge


Copies to:

Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

Angela Hart-Edwards
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20350