UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTHONY WINSLOW,<br><br>Defendant. | Criminal No. 06-346 (EGS) |

ORDER

Upon review of defendant's Unopposed Motion to Continue Sentencing, it is by the Court hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that sentencing is now scheduled for **October 19, 2007 at 12:30 p.m.**; and it is

**FURTHER ORDERED** that defendant's sentencing memorandum shall be filed by no later than **September 17, 2007**; the government's sentencing memorandum shall be filed by no later than **September 24, 2007**; and a reply, if any, shall be filed by no later than **October 1, 2007**.

SO ORDERED.

Signed:   **Emmet G. Sullivan**
          **United States District Judge**
          **August 16, 2007**