UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 06-346 (EGS) |
| ) | |
| ANTHONY WINSLOW_____ ) | |
| _____) | |

## MOTION TO CONTINUE SENTENCING

Anthony Winslow, through undersigned counsel, respectfully moves the court to continue his October 19, 2007 sentencing hearing. In support of this motion, Mr. Winslow, through counsel, states the following:

In order to prepare a meaningful sentencing memorandum on behalf of Mr. Winslow, Mr. Winslow's counsel has been awaiting the final version of the Presentence Report (PSR) for this case. Last week, counsel for Mr. Winslow received the final PSR and Mr. Winslow is requesting adequate time to consider the PSR and to reference relevant portions of the PSR in a sentencing memorandum which he would like to file well in advance of sentencing. Mr. Winslow is also seeking to continue his sentencing hearing in order to provide his counsel ample time to consider and resolve other issues relating to Mr. Winslow which may be pertinent at sentencing. For these reasons, Mr. Winslow is requesting that his sentencing hearing be continued to a date in mid December or mid January. Dates in December which are available to both of Mr. Winslow's counsel are December 17, 2007 and December 18, 2007. Dates in January which are available to both of Mr. Winslow's counsel are January15, 2008 and January 17, 2008. Mr. Winslow is further requesting that the dates for the filing of sentencing memorandum be modified. If the court selects a sentencing date in mid December, defense counsel suggest the following filing schedule: Defendant's sentencing memorandum, if any, is due by November 28, 2007; the

government's sentencing memorandum, if any, is due by December 5, 2007; and any replies are due by December 12, 2007.  However, if the court selects a sentencing date in mid January, defense counsel suggest the following filing schedule:  Defendant's sentencing memorandum, if any, is due by December 28, 2007; the government's sentencing memorandum, if any, is due by January 4, 2008; and any replies are due by January 10, 2008.

Undersigned counsel was unable to reach the Assistant United States Attorney assigned to this case in order to ascertain her position regarding this motion.  However, based on earlier discussions with the assigned Assistant United States Attorney, undersigned counsel suspects that the government will not oppose this our request for a continuance.

WHEREFORE, for the reasons stated above, Mr. Winslow, through counsel, requests that the court reschedule his sentencing hearing and extend the date within which sentencing memorandums must be filed in a manner in accordance with this motion.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202)  208-7500