UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CR NO 06-346 (EGS) |
| : | |
| **ANTHONY WINSLOW,** : | |
| : | |
| Defendant. : | |
| : | |

## DEFENDANT'S EMERGENCY MOTION
## FOR RELEASE TO ATTEND FUNERAL SERVICE

    Anthony Winslow, through undersigned counsel, respectfully requests this Court for an Order directing the District of Columbia Department of Corrections and/or the United States Bureau of Prisons to temporarily release him from custody in order to enable him to attend the funeral for his brother, Dameon Howard, who died on December 23, 2007.

    Mr. Winslow is currently scheduled to appear before this Court for sentencing based on his conviction to a single count of Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year.  Presently, Mr. Winslow is in custody at the Correctional Treatment Facility (CTF) and has been incarcerated on this matter for more than one year.

    On December 23, 2007, Dameon Howard, the defendant's brother, passed away.  Counsel has verified the aforementioned death of Dameon Howard through Mr. Winslow's mother, Teresa Winslow.  The funeral will be held on Wednesday, January 9, 2007 at 9:00 a.m. at Pope

Funeral Home, 2617 Pennsylvania Ave., S.E., Washington, D.C. 20020.[1]

If released, Mr. Winslow requests that he be released into the custody of his mother, Teresa Winslow. Teresa Winslow accepts the duties and responsibilities associated with having Mr. Winslow released to her custody, including retrieving Mr. Winslow from CTF, escorting Mr. Winslow to the funeral and ensuring that Mr. Winslow is returned to CTF in a timely fashion.

Undersigned counsel contacted the Assistant United States Attorney assigned to handle Mr. Winslow's case to ascertain the government's position with respect to this motion. However, undersigned counsel has been unable to reach the assigned Assistant United States Attorney and, due to the exigent nature of this motion, Mr. Winslow is filing this motion prior to learning the government's position regarding the motion.

WHEREFORE, it is respectfully requested that this Court issue an ORDER directing the District of Columbia Department of Corrections and/or the Federal Bureau of Prisons to release Mr. Winslow from custody for the purpose of attending his brother's January 9, 2008 funeral.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

     /s/
Tony Miles.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

---

[1] Undersigned counsel spoke with a representative at Pope Funeral Home and the representative verified that Pope Funeral Home is handling Dameon Howard's funeral service and that the service will be held on January 9, 2008.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 06-346 (EGS)** |
| ) | |
| **ANTHONY WINSLOW** ) | |
| ) | |

### ORDER

Upon consideration of defendant Anthony Winslow's Emergency Motion for Release to Attend Funeral Service, it is this _____ day of January, 2008 hereby

**ORDERED** that defendant Anthony Winlsow's motion is granted; and it is further

**ORDERED** that Anthony Winslow shall be released from the Correctional Treatment Facility by no later than 5:00 a.m. on Wednesday, January 9, 2008 for the sole purpose of allowing him to attend his brother's funeral at Pope Funeral Home, 2617 Pennsylvania Ave., S.E., Washington, D.C. 20020; and it is further

**ORDERED** that Anthony Winslow shall return to the Correctional Treatment Facility by no later than 8:00 p.m. on Wednesday, January 9, 2008; and it is further

**ORDERED** that Anthony Winslow shall be escorted by his mother, Teresa Winslow, during the entire time of his temporary release.

_____
EMMET G. SULLIVAN
United States District Judge

Copies to:

Correctional Treatment Facility
1901 E Street, S.E. Washington, D.C. 20002

United States Marshal Service
333 Constitution Ave., N.W.
Washington, D.C. 20001

Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

Angela Hart-Edwards
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20350