UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CR NO 06-346 (EGS) |
| | : | |
| **ANTHONY WINSLOW,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**DEFENDANT'S MOTION FOR RECONSIDERATION OF
DEFENDANT'S EMERGENCY MOTION
FOR RELEASE TO ATTEND FUNERAL SERVICE**

Anthony Winslow, through undersigned counsel, respectfully requests this Court to reconsider its January 7, 2008 order denying Mr. Winslow's request for temporary release for the purpose of attending his brother's funeral service. In an effort to address one of the concerns raised by this Court in its order, Mr. Winslow now offers an alternative custodian who is willing to transfer Mr. Winslow between the Correctional Treatment Facility (CTF) and the funeral service. Additionally, Mr. Winslow proposes a narrower window of time during which he will be released in order to attend his brother's funeral.

With respect to the alternative custodian, Mikeisha Blackman, a fifteen year family friend, has offered to escort Mr. Winslow between CTF and the funeral site on January 9, 2008. Undersigned counsel has been informed that Ms. Blackman has never previously been convicted of a crime and undersigned counsel has forwarded Ms. Blackman's personal information to the Assistant United States Attorney assigned to Mr. Winslow's case in order to provide the government an opportunity to check for any criminal history. Ms. Blackman is a certified

Emergency Medical Technician and she is currently employed with a private ambulance company named Lifestar.[1]  Ms. Blackman accepts the duties and responsibilities associated with having Mr. Winslow released to her custody, including retrieving Mr. Winslow from CTF, escorting Mr. Winslow to the funeral and ensuring that Mr. Winslow is returned to CTF in a timely fashion.

Regarding the time frame during which Mr. Winslow requests to be released, Mr. Winslow now moves to be released for a period which is eight hours shorter than his previous request.  Mr. Winslow is now requesting to be released from 7:00 a.m. to 2:00 p.m. on January 9, 2008 in order to attend his brother's funeral.

WHEREFORE, it is respectfully requested that this Court reconsider its January 7, 2008 order and issue a separate order directing the District of Columbia Department of Corrections and/or the Federal Bureau of Prisons to release Mr. Winslow from custody for the sole purpose of attending his brother's January 9, 2008 funeral.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Tony Miles.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202)  208-7500

---

[1] A letter verifying Ms. Blackman's employment has been attached as Exhibit 1. Additionally, Ms. Blackmon has forwarded undersigned counsel photocopies of documents which verify her certifications as an Emergency Medical Technician and as a Healthcare Provider.  Because these materials contain private information, they will not be attached as an exhibit.  However, the documents can be made available to the Court and/or the government if requested.

Case 1:06-cr-00346-EGS    Document 23    Filed 01/08/2008    Page 3 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>ANTHONY WINSLOW_____ )<br>_____ ) | Criminal No. 06-346 (EGS) |

**ORDER**

Upon consideration of defendant Anthony Winslow's Motion to Reconsider Defendant's Emergency Motion for Release to Attend Funeral Service, it is this _____ day of January, 2008 hereby

**ORDERED** that defendant Anthony Winlsow's motion is granted; and it is further

**ORDERED** that Anthony Winslow shall be released from the Correctional Treatment Facility by no later than 7:00 a.m. on Wednesday, January 9, 2008 for the sole purpose of allowing him to attend his brother's funeral at Pope Funeral Home, 2617 Pennsylvania Ave., S.E., Washington, D.C. 20020; and it is further

**ORDERED** that Anthony Winslow shall return to the Correctional Treatment Facility by no later than 2:00 p.m. on Wednesday, January 9, 2008; and it is further

**ORDERED** that Anthony Winslow shall be escorted by Mikeisha Blackman during the entire time of his temporary release.

_____
EMMET G. SULLIVAN
United States District Judge

Copies to:

Correctional Treatment Facility
1901 E Street, S.E. Washington, D.C. 20002

United States Marshal Service
333 Constitution Ave., N.W.
Washington, D.C. 20001

Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

Angela Hart-Edwards
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20350



1622 Sulphur Spring Road
Baltimore, MD 21227-2539
410.247.1178

January 8, 2008

To Whom It May Concern:

This letter serves as verification of employment for Mikeisha Blackman. She is a full time Emergency Medical Technician and has been employed since August 31, 2007.

Thank you for attention in this matter, and feel free to contact me with any additional questions or concerns you may have.

Sincerely,

Dell Dorsey
LifeStar Response of Maryland
Human Resources Specialist
410.247.1178 x109