UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-346 (EGS)** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTHONY WINSLOW,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Rhonda Campbell at telephone number (202) 514-9519 and/or email address Rhonda.Campbell@usdoj.gov. Rhonda Campbell, will substitute for Assistant United States Attorney **Angela Hart-Edwards,** as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

      /s/
Rhonda L. Campbell, Bar No. 462-402
Assistant United States Attorney
555 4th Street, NW, Room 4239
Washington, DC 20530
(202) 514-9519