UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-346 (EGS) |
| | ) | |
| ANTHONY WINSLOW | ) | |
| | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Anthony Winslow, through undersigned counsel, and without opposition from the government, respectfully moves the court to continue his February 13, 2008 sentencing hearing. In support of this motion, Mr. Winslow, through counsel, states the following:

Tragically, Mr. Winslow's brother suddenly died on December 23, 2007 as a result of gunshot wounds. The funeral for Mr. Winslow's brother took place on January 9, 2008 and Mr. Winslow was unable to attend. Mr. Winslow was close to his brother and Mr. Winslow is still suffering great anguish as a result of his brother's death. Mr. Winslow has also advised his counsel that his family is currently experiencing other personal problems and that these other problems are contributing to his current poor emotional state. Due to Mr. Winslow's current emotional situation, Mr. Winslow has advised his counsel that he will be unable to cope with being sentenced on February 13, 2008. In order to have his sentencing occur at a time when Mr. Winslow can better emotionally handle being sentenced and when he will be better able to fully participate in his sentencing, Mr. Winslow requests that his sentencing hearing be continued for a few months.

In order to accommodate Mr. Winslow's needs as well as the schedules of his counsel and counsel for the government, Mr. Winslow requests that his sentencing hearing be continued to a date in the latter part of June, 2008. While all counsel are free on most days in the latter part

of June, the parties specifically request that Mr. Winslow's sentencing be set for June 19, 2008 if this is a date which is available to the Court.

WHEREFORE, for the reasons stated above, Mr. Winslow, through counsel, requests that the court continue his sentencing hearing to a date in the latter part of June, 2008.

                    Respectfully submitted,

                    A.J. KRAMER
                    FEDERAL PUBLIC DEFENDER

                    _____/s/_____
                    Tony W. Miles
                    Assistant Federal Public Defender
                    625 Indiana Avenue, N.W., Suite 550
                    Washington, D.C. 20004
                    (202) 208-7500