UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-346 (EGS) |
| | ) | |
| ANTHONY WINSLOW | ) | |
| | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Anthony Winslow, through undersigned counsel, respectfully moves the court to continue his June 19, 2008 sentencing hearing. In support of this motion, Mr. Winslow, through counsel, states the following:

The government's sentencing memorandum has unexpectedly presented an issue which the defendant needs to address in his sentencing memorandum. Counsel believes that the transcript of the plea hearing may shed some light on the issue. Therefore, counsel for Mr. Winslow is ordering the transcript for the plea hearing. It appears that it will take about a week, and possibly longer, before the transcript will be completed. Mr. Winslow requests a continuance of his sentencing in order to provide his counsel an opportunity to receive and review the transcript of his plea proceeding.

Rhonda Campbell, the Assistant United States Attorney handling Mr. Winslow's case, is aware of the issue which has arisen and she has advised undersigned counsel that the government does not oppose this motion. Both counsel, along with advisory counsel Howard Katzoff, propose continuing Mr. Winslow's sentencing to August 13, 2008.

WHEREFORE, for the reasons stated above, Mr. Winslow, through counsel, requests that the court reschedule his sentencing hearing.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


        _____/s/_____
        Tony W. Miles
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202)  208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-346 (EGS) |
| | ) | |
| ANTHONY WINSLOW | ) | |
| | ) | |

**ORDER**

Upon consideration of defendant's Unopposed Motion to Continue Sentencing, it is this

_____ day of June 2008,

**ORDERED** that the June 19, 2008, sentencing hearing shall be rescheduled to August

_____, 2008.

_____
EMMET G. SULLIVAN
United States District Judge

Copies to:

Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

Rhonda Campbell
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20350